# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | CASE NO. 1:09-cv-01076-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION, WITHOUT PREJUDICE, AS PREMATURE |
| v. | |
| N. GRANNIS, et al., | (Doc. 7) |
| Defendants. | |

Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se, filed this civil rights action on May 29, 2009. On July 14, 2009, Plaintiff filed a motion seeking a preliminary injunction prohibiting defendants from retaining Plaintiff in a 180-level design at California State Prison-Corcoran, double celling Plaintiff with other inmates, and assaulting Plaintiff mentally and/or physically for refusing to double cell.

"A preliminary injunction is an extraordinary remedy never awarded as of right." Winter v. Natural Resources Defense Council, Inc., 129 S.Ct. 365, 376 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." Id. at 374 (citations omitted). An injunction may only be awarded upon a *clear showing* that the plaintiff is entitled to relief. Id. at 376 (citation omitted) (emphasis added).

///

///

1  At this stage, Plaintiff's motion for relief is premature.  This action will not proceed unless Plaintiff pays the $350.00 filing fee within thirty days.[1]  28 U.S.C. § 1915(g).  If Plaintiff pays the filing fee, his complaint will be reviewed to determine whether it states any claims for relief under section 1983.  28 U.S.C. § 1915A.  If it does, Plaintiff may then seek preliminary injunction relief that is sufficiently related to his legal claims to confer jurisdiction on the Court to award the relief sought.  City of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006); 18 U.S.C. § 3626(a)(1)(A).

At this juncture, because Plaintiff is not eligible to proceed in forma pauperis and has not yet paid the filing fee, Plaintiff is not entitled to the relief sought and his motion is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   September 8, 2009**           /s/ Sandra M. Snyder
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] This issue was addressed in a separate order issued concurrently with this order.