# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | CASE NO. 1:09-cv-01076-SMS PC |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SERVICE OF THE COMPLAINT |
| v. | |
| N. GRANNIS, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se, filed this civil rights action on May 29, 2009. On July 13, 2009, Plaintiff filed a motion seeking service of the complaint by the United States Marshal.

Service of process will be appropriate only after Plaintiff pays the filing fee for this action, 28 U.S.C. § 1915(g), and the Court screens the complaint and finds it states cognizable claims for relief, 28 U.S.C. § 1915A. Therefore, to the extent Plaintiff is seeking service of the complaint at this time, Plaintiff's motion is DENIED as premature. To the extent Plaintiff is seeking service of

///
///
///
///
///
///
///

1

the complaint in the event he pays the filing fee and the complaint is found to state a claim, Plaintiff's motion is GRANTED.[1]  Fed. R. Civ. P. 4(c)(3).

IT IS SO ORDERED.

Dated:   September 8, 2009                              /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff may not proceed in forma pauperis in this action, 28 U.S.C. § 1915(g), he is not entitled to service by the Marshal, Fed. R. Civ. P. 4(c)(3).  However, the Court may, upon motion, appoint the Marshal for service.  Fed. R. Civ. P. 4(c)(3)

2