# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | CASE NO. 1:09-cv-01076-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR HEARING |
| v. | (Doc. 13) |
| N. GRANNIS, et al., | |
| Defendants. | |

On September 30, 2009, Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se, filed a motion seeking a hearing requiring prison officials to show cause for failing to provide a certified trust account statement.

Plaintiff's motion for leave to proceed in forma pauperis was filed on October 13, 2009. Accordingly, Plaintiff's motion for a hearing is moot and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 16, 2009**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE

1