# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. GRANNIS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01076-SMS PC<br><br>ORDER DENYING MOTION TO SET ASIDE JUDGMENTS IN OTHER CIVIL CASES<br><br>(Doc. 25) |

　　　On November 5, 2009, Plaintiff Ruchell Cinque Magee, a state prisoner proceeding pro se in this civil action, filed motion seeking to set aside the judgments and reopen case numbers 1:01-cv-05467-REC-DLB, 1:03-cv-06764-LJO-WMW, and 1:05-cv-00348-AWI-LJO. Fed. R. Civ. P. 60(b).

　　　The pendency of this civil action does not allow Plaintiff to attack judgments in other civil actions. Plaintiff's sole recourse for the dismissal of an action lies in the action that was dismissed.

　　　Plaintiff 's motion to set aside judgments in other civil cases, filed November 5, 2009, is devoid of any merit and is DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:　November 10, 2009**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE