1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RUCHELL CINQUE MAGEE,                    CASE NO. 1:09-cv-01076-SMS PC

10                      Plaintiff,          ORDER STRIKING MOTION

11        v.                                (Doc. 31)

12  N. GRANNIS, et al.,

13                      Defendants.
                                        /
14

15        This is a civil rights action filed by Plaintiff Ruchell Cinque Magee, a state prisoner

16  proceeding pro se.  On November 19, 2009, Plaintiff filed a motion seeking consolidation of cases.

17        Pursuant to the stay in this action entered November 10, 2009, and on the same grounds as

18  those set forth in the Court's order of November 19, 2009, the motion is HEREBY ORDERED

19  STRICKEN from the record.  (Docs. 27, 30.)

20

21  IT IS SO ORDERED.

22  **Dated:    November 23, 2009**            _____  **/s/ Sandra M. Snyder** _____
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1